## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| JOHN RANDALL FUTCH<br><br><br>       Plaintiff,<br><br>v.<br><br>FEDEX GROUND, MERRICK<br>GARLAND, UNITED STATES OF<br>AMERICA,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action File No. _____<br>)<br>)  Removed from the Superior Court of<br>)  Chatham County, Georgia<br>)  Case No. SPCV22-01167-FR<br>)<br>) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant FedEx Ground[1] by counsel removes this case from the Superior Court of Chatham County, State of Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division.  The grounds for removal are as follows:

### I.    PROCEDURAL BACKGROUND

1.    On or about November 14, 2022, Plaintiff filed a civil action against FedEx Ground in the Superior Court of Chatham County, Georgia, captioned *John Randall Futch v. FedEx Ground et al.,* Case No. SPCV22-01167-FR (the "State

---

[1] FedEx Ground Package System, Inc. ("FedEx Ground") has been improperly identified by Plaintiff as FedEx Ground.

Court Action"). Plaintiff alleged that FedEx Ground discriminated against him in violation of Title VII of the Civil Rights Act of 1964.

2. On November 16, 2022, Plaintiff served FedEx Ground with the Complaint.

## II. **FEDERAL QUESTION JURISDICTION**

3. Based on Plaintiff's Complaint, this Court has original jurisdiction over this action, pursuant to 28 U.S.C. § 1331 because the Complaint raises a federal question under Title VII.

## III. **VENUE IS PROPER**

4. The United States District Court for the Southern District of Georgia embraces the location where the State Court Action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

## IV. **REMOVAL IS TIMELY**

5. This Notice of Removal has been filed within 30 days of FedEx Ground's receipt of a copy of Plaintiff's Complaint.

## V. **PAPERS FROM REMOVED ACTION**

6. Pursuant to 28 U.S.C. § 1446(a), copies of all processes, pleadings and orders served on FedEx Ground in this action are attached to this Notice of Removal. *See* Exhibit 1.

## VI.   **FILING OF REMOVAL PAPERS**

7.     Pursuant to 28 U.S.C. § 1446(d), FedEx Ground has provided written Notice of Removal to all parties in this action, and have filed a copy of this Notice of Removal in the Superior Court of Chatham County, Georgia.  *See* Exhibit 2.

WHEREFORE, FedEx Ground respectfully requests that the above-described action pending in the Superior Court of Chatham County, Georgia be removed to this Court.

Respectfully submitted, this 14th day of December 2022.

> *s/ Matthew R. Simpson*
> Matthew R. Simpson
> msimpson@fisherphillips.com
> Georgia Bar No. 540260
> JonVieve D. Hill
> Georgia Bar No. 907946
> jhill@fisherphillips.com
> FISHER & PHILLIPS LLP
> 1230 Peachtree Street NE, Ste. 3300
> Atlanta, Georgia 30309
> Telephone:   (404) 240-4221
> Facsimile:    (404) 240-4249
>
> *Counsel for Defendant FedEx Ground*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN RANDALL FUTCH | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. _____ |
| | ) | |
| FEDEX GROUND, MERRICK | ) | Removed from the Superior Court of |
| GARLAND, UNITED STATES OF | ) | Chatham County, Georgia |
| AMERICA, | ) | Case No. SPCV22-01167-FR |
| | ) | |
| Defendants. | | |

## **CERTIFICATE OF SERVICE**

I certify that, on December 14, 2022, I served the foregoing Notice of Removal by First Class U.S. mail, postage pre-paid, and by email, upon:

John Randall Futch
2155 Benton Blvd. Apt. 10105
Savannah, GA 31407
Randallfutch1@gmail.com


David Estes
U.S. Attorney for the Southern District of Georgia
22 Barnard Street
Suite 300
Savannah, GA 31401

Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

_s/ Matthew R. Simpson_
Matthew R. Simpson
Georgia Bar No. 540260
FISHER & PHILLIPS LLP